UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-cr-00004-RCJ-VPC |
| Plaintiff, | |
| v. | ORDER RE DEFENDANT'S MOTION FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| DANIEL JAMES DRAPER, | |
| Defendant. | |

Based upon Defendant's foregoing motion and good cause appearing:

IT IS HEREBY ORDERED that the United States Marshal shall produce Nicholas Holly, Inmate No. 1099529 (DOB 01/15/1992), an inmate at the Nevada Department of Corrections, High Desert State Prison, into the custody of the Washoe County Sheriff's Office for purposes of testifying at the trial of this case, which begins on Monday, January 13, 2014.

IT IS FURTHER ORDERED that the Court will not waive Mr. Holly's appearance.

IT IS FURTHER ORDERED that the Washoe County Sheriff's Office will detain Mr. Holly until the Court directs that his presence is no longer required.

IT IS FURTHER ORDERED that when Mr. Holly's presence is no longer needed, the Washoe County Sheriff's Office will return Mr. Holly to the custody of the United States Marshal so that he may be transported back to High Desert State Prison.

Dated: December 18, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE